IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

AMY G. LEWIS                                                                                          PLAINTIFF

VS.                            Civil Case No. 3:06CV00052 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 18th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE